Thomas *v.* Kennedy, Appellants.

Argued January 11, 1957. Before JONES, C. J., BELL, CHIDSEY, MUSMANNO, ARNOLD, JONES and COHEN, JJ.

*Frank J. Gormley,* with him *Martin B. Gormley,* for appellants.

*Robert P. Casey,* with him *Myron A. Pinkus,* and *Alphonsus L. Casey,* for appellee.

OPINION PER CURIAM, March 18, 1957:

The final decree of the Court of Common Pleas of Lackawanna County is affirmed on the Adjudication and Opinion by President Judge HOBAN as reported in 7 D. & C. 2d 613